## JANUARY TERM, 1800.

## Dole, sheriff of Rensselaer, *vs.* Moulton and others.

THIS was an action upon a bond given to the
fheriff, conformably to the Act paffed April
5th, 1798, entitled, " An Act regulating the liber-
" ties of gaols."

The defendants pleaded five pleas,

1. *Non eft factum.*

2. Performance of the condition.

3. That the efcape was by cafualty, and that
there was a return before fuit brought.

4. That the penalty is for more than double the

amount of the fum for which the prifoner was con-fined, and fo not agreeable to the ftatute.

5. That the condition of the bond is not con-formable to the ftatute.

But the two laft pleas were added after demurrer to the fecond and third pleas, and before default or joinder.

*Henry* for plaintiff withdrew his demurrer, and now moved that the defendant elect one of the three firft pleas and abide by it, for he infifted that the pleas were incompatible. And he moved at the fame time that the two laft pleas be ftruck out for irregularity.

*Woodworth contra.* He contended that pleas have been allowed to ftand together, though feem-ingly incompatible; and cited 2 Blackft. Reports, 1093. And in anfwer to the laft motion he infift-ed that it was regular to file the two laft pleas at the time he did, under the provifion contained in the 8th fection of the Rules of April Term, 1796.

*Per Curiam.* The Rule referred to by the de-fendant's counfel, that " Where there fhall be a " demurrer to a declaration, or to any other plead-" ing, not being a plea in abatement, the party " againft whom the demurrer fhall be taken, may " at any time before the default for not joining in " demurrer fhall be entered, *amend the pleading de-*" *murred to,*" will never extend to permit the party to *add new pleas*: thofe pleas muft therefore be ftruck out.

As to the firft motion, the plaintiff, after demurrer, comes too late to drive the defendant to an election.

Let the plaintiff take only the effect of his motion in refpect to the two laft pleas.